IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CWC LIQUIDATION INC.<br>(f/k/a Coldwater Creek Inc.), *et al.*,[1]<br><br>        Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 14-10867 (BLS) |
| PETER KRAVITZ, AS LIQUIDATING TRUSTEE OF THE CWC CREDITORS' LIQUIDATING TRUST,<br><br>        Plaintiff,<br>v.<br><br>NISSI FULFILLMENT AND DISTRIBUTION, INC.,<br><br>        Defendant(s) | Adv. Pro. No. 16-50404 (BLS) |

## AMENDED AND RESTATED ORDER APPOINTING MEDIATOR

Pursuant to the *Order Establishing Streamlined Procedures Governing Adversary Proceedings* [Adv. Pro. D.I. 7] and pursuant to the *Order Appointing Mediator* entered in the above-captioned adversary proceeding (the "Adversary Proceeding") on December 2, 2016 [Adv. Pro. D.I. 17] (the "Mediation Order"), it is hereby

ORDERED, that by agreement of the parties to the Adversary Proceeding, the Mediator Order is amended such that Connor Bifferato shall be appointed as mediator with respect to this Adversary Proceeding; and it is further

---

[1] The Debtors in these proceedings are: CWC Liquidation Inc. (f/k/a Coldwater Creek Inc.); CWC U.S. Liquidation Inc. (f/k/a Coldwater Creek U.S. Inc.); CWC Advertising Liquidation Inc. (f/k/a Aspenwood Advertising, Inc.); CWC Spa Liquidation Inc. (f/k/a Coldwater Creek The Spa Inc.); CWC Rewards Liquidation Inc. (f/k/a CWC Rewards Inc.); CWC M&L Liquidation Inc. (f/k/a Coldwater Creek

ORDERED, that except as otherwise amended hereby, the Mediation Order remains in full force and effect.

Dated: Wilmington, Delaware
       January 27, 2017

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

Merchandising & Logistics Inc.); CWC Sourcing Liquidation Inc. (f/k/a Coldwater Creek Sourcing Inc.); and CWC Sourcing Liquidation LLC (f/k/a CWC Sourcing LLC).

2