IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CWC LIQUIDATION INC.<br>(f/k/a Coldwater Creek Inc.) et al.,[1]<br><br>   Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 14-10867 (BLS)<br><br>(Jointly Administered) |
| PETER KRAVITZ, AS LIQUIDATING TRUSTEE OF THE CWC CREDITORS' LIQUIDATING TRUST,<br><br>   Plaintiff,<br>v.<br><br>NISSI FULFILLMENT AND DISTRIBUTION, INC.<br><br>   Defendant(s). | Adv. Pro. No. 16-50404 (BLS) |

## AMENDED STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

The parties hereto, by their respective counsel, hereby stipulate to dismiss the above-captioned adversary proceeding with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, each party to bear its own costs and attorneys' fees.

---

[1] The Debtors in these proceedings are CWC Liquidation Inc. (formerly Coldwater Creek Inc.), CWC U.S. Liquidation Inc. (formerly Coldwater Creek U.S. Inc.), CWC Advertising Liquidation Inc. (formerly Aspenwood Advertising, Inc.), CWC Spa Liquidation Inc. (formerly Coldwater Creek The Spa Inc.), CWC Rewards Liquidation Inc. (formerly CWC Rewards Inc.), CWC M&L Liquidation Inc. (formerly Coldwater Creek Merchandising & Logistics Inc.), CWC Sourcing Liquidation Inc. (formerly Coldwater Creek Sourcing Inc.), and CWC Sourcing Liquidation LLC (formerly CWC Sourcing LLC).

NY01\KaneD\4335755.1

Dated: May 5, 2017

/s/ *Dana P. Kane*
**KELLEY DRYE & WARREN LLP**
James S. Carr, Esq., *admitted pro hac vice*
Kristin S. Elliott, Esq., *admitted pro hac vice*
Dana P. Kane, Esq., *admitted pro hac vice*
101 Park Avenue
New York, New York  10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Peter Kravitz, Liquidating Trustee of the CWC Creditors' Liquidating Trust*

/s/ *Roland Gary Jones*
**JONES & ASSOCIATES**
Roland Gary Jones, Esq.
1745 Broadway, 17th Floor
New York, New York  10019
Telephone: (347) 862-92542
Facsimile: (347) 202-4416

*Counsel for Nissi Fulfillment and Distribution*